UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS VEGA, on behalf of himself
and others similarly situated,

    Plaintiff,

v.                                                                  Case No. 8:08-cv-128-T-24-TBM

AMER INTERNATIONAL CORP.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of the following: Plaintiff's Amended Motion for Leave to File Amended Complaint (Doc. No. 27); Plaintiff's Second Unopposed Motion to Compel Responses and Documents Responsive to His First Set of Interrogatories and First Request for Production of Documents, or in the Alternative, Motion to Strike Answer (Doc. No. 32); Magistrate Judge McCoun's Report and Recommendation regarding Plaintiff's motion to compel or to strike (Doc. No. 36); and Plaintiff's Second Motion for Extension of Time to File Dispositive Motions (Doc. No. 33).

Plaintiff Luis Vega brought this action to recover unpaid overtime wages under the Fair Labor Standards Act from his previous employer Defendant Amer International Corp., a marble and granite company. Plaintiff worked for Defendant as an hourly paid installer.

On March 10, 2009, Plaintiff filed his second motion for an order to compel Defendant to respond to outstanding discovery requests and for sanctions against Defendant for its failure to participate in this case. This motion was considered by Magistrate Judge McCoun, who held a hearing on the motion on April 2, 2009. Both parties were represented at the hearing. At the

hearing, defense counsel informed Magistrate Judge McCoun that his client was aware of the discovery requests but that business was bad and he did not intend on answering the discovery.

On April 3, 2009, Magistrate Judge McCoun filed his Report and Recommendation, concluding that Defendant has willfully failed to comply with long-standing discovery requests and with the court's previous orders. He recommended that Plaintiff's motion be granted, that Defendant's Answer and Defenses be stricken, and that a default judgment be entered against Defendant at least on the matter of liability.

All parties were furnished copies of the Report and Recommendation on April 3, 2009, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). To date, no such objections have been filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Also before the Court are Plaintiff's motion to amend his complaint and motion to extend the dispositive motion deadline. Plaintiff wishes to amend his complaint to add Saad Alsaad, who was the principal of Defendant Amer International Corp., as a party defendant. Plaintiff also seeks an extension of the dispositive motion deadline due to Defendant's failure to participate in discovery. Defendant did not respond to either motion, and therefore, the Court considers them to be unopposed.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) Plaintiff's Second Unopposed Motion to Compel Responses and Documents Responsive to His First Set of Interrogatories and First Request for Production of Documents, or in the Alternative, Motion to Strike Answer (Doc. No. 32) is **GRANTED**;

(2) The Magistrate Judge's Report and Recommendation (Doc. No. 36) is adopted and incorporated by reference in this Order of the Court;

(3) The Clerk is directed to **STRIKE** Defendant's Answer and Defenses (Doc. Nos. 6, 7) and to enter a default judgment as to liability against Defendant Amer International Corp.;

(4) Plaintiff's Amended Motion for Leave to File Amended Complaint (Doc. No. 27) is **GRANTED**, and Plaintiff is directed to file his amended complaint on or before **April 17, 2009**; and

(5) Plaintiff's Second Motion for Extension of Time to File Dispositive Motions (Doc. No. 33) is **GRANTED**, and the dispositive motion deadline is extended to **June 1, 2009**. The pretrial conference is rescheduled for **Friday, September 11, 2009 at 8:30 a.m.**, and this case is placed on the **October 2009** trial calendar.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of April, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun, III
Counsel of Record